# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140929(52)

HOWELL EDUCATION ASSOCIATION
MEA/NEA, DOUG NORTON, JEFF HAGHEY,
JOHNSON McDOWELL and BARBARA CAMERON,
      Plaintiffs-Appellees,

v

HOWELL BOARD OF EDUCATION and
HOWELL PUBLIC SCHOOLS,
      Defendants,
and

CHETLY ZARKO,
      Intervenor-Appellant.
_____

SC:    140929
CoA:  288977
Livingston CC: 07-22850 CK


On order of Chief Justice, the motion by intervenor-appellant for temporary admission to practice of John C. Scully is considered, and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2010

_____
Clerk